MARY KATE SULLIVAN (State Bar No. 180203)
HAROLD R. JONES (State Bar No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC
(erroneously sued herein as NATIONSTAR MORTGAGE, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| AVELINO NAVA RAMIREZ; MARIA DEL SOCORRO NAVA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:14-cv-02814-GEB-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Action Filed:   December 2, 2014 |

11951.0531/4169837.1

It is hereby stipulated by and between defendant Nationstar Mortgage LLC ("Nationstar") and plaintiffs Avelino Nava Ramirez and Maria Del Soccoro Nava (collectively "Plaintiffs") that Plaintiffs' claims against Nationstar in this matter shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its, his or her own costs and attorneys' fees.

DATED:  June 11, 2015	SEVERSON & WERSON
	A Professional Corporation


	By:   /s/ *Harold R. Jones*
	         Harold R. Jones

	Attorneys for Defendant NATIONSTAR MORTGAGE LLC  (erroneously sued herein as NATIONSTAR MORTGAGE, LLC)

DATED:  June 10, 2015	LAW OFFICES OF STEVE GIMBLIN


	By:   /s/ *Steve Gimblin* (authorized on June 10, 2015)
	         Steve Gimblin

	Attorney for Plaintiffs AVELINO NAVA RAMIREZ and MARIA DEL SOCORRO NAVA

### **ORDER**

Pursuant to the parties' stipulation, the above-captioned action is dismissed with prejudice. Each party shall bear its, his or her own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  June ___, 2015



	_____
	Honorable Garland E. Burrell, Jr.
	United States District Judge

11951.0531/4169837.1				2
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER